

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennette N. Nelson | Civil Action No. 17cv1258-MMA(RNB) |
| **Plaintiff,** | |
| **V.** | |
| Nancy A. Berryhill, Commissioner of Social Security | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court adopts Judge Block's Report and Recommendation in its entirety; the Court denies Plaintiff's Motion for Summary Judgment; and the Court grants Defendant's Cross-Motion for Summary Judgment.

**Date:** _____7/5/18_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  R. Chapman
_____
R. Chapman, Deputy